UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 01-325-JD |
| ) | |
| Land and Buildings Located at 6 Fox ) | |
| Street, Windham, New Hampshire with ) | |
| all Appurtenances and Improvements ) | |
| Thereon, owned by Timothy Bishop, et al. ) | |
| ) | |
| Defendants-in-rem. ) | |

## ORDER TO VACATE PROPERTY

The United States of America, having petitioned this Court for an Order directing Margaret Marino, George Perry, Richard Krikorian, along with any and all other occupants, to vacate the forfeited property known as 9-11 Harrison Street, Lowell, Massachusetts, more fully described in a deed dated October 28, 1983, and filed in Book 2667, Page 483, in the Middlesex, Massachusetts North County Registry of Deeds (hereinafter referred to as "the Property"), and that this Court, being fully advised of the circumstances of this case, it is hereby:

ORDERED that Margaret Marino, George Perry, Richard Krikorian, along with any and all other occupants of the Property, shall vacate the premises known as 9-11 Harrison Street, Lowell, MA, immediately upon receipt of this Order.

It is further ORDERED that the United States Marshal for the District of Massachusetts or any of his deputies are hereby authorized to take all necessary steps to enter and remove any and all occupants and personal property from the Property known as 9-11 Harrison Street, Lowell, MA.

It is further ORDERED that the United States Marshal for the District of Massachusetts or any of his deputies shall make service of this Order to Vacate on Margaret Marino, George Perry, Richard Krikorian, along with any and all other occupants of the Property, by hand delivery or by posting a copy of same at the Property.

IT IS SO ORDERED.

Dated:  August 14, 2006

/s/ Joseph A. DiClerico, Jr.
_____
United States District Judge
District of New Hampshire